# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

WILBUR LANN PITTMAN

               V.                                  **JUDGMENT IN A CIVIL CASE**

MATTHEW MARTEL, Warden;
M. PEARSON, DDP;
H. ORNELAS; H. HOWARD, CCI Counselor      **CASE NUMBER:**    09-0527 JM (WMc)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Court dismisses this action sua sponte without prejudice for failing to pay the $350 filing fee or file a Motion to Proceed In Forma Pauperis pursuant to 28 U.S.C. §§ 1914(a) and 1915(a). This case is dismissed without prejudice for lack of proper venue pursuant to 28 U.S.C. §§ 1391(b) and 1406(a)..........
.................................................................................................................................................................

| April 2, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | S/ T. Lee |
| | (By) Deputy Clerk |
| | ENTERED ON April 2, 2009 |

09-0527 JM (WMc)